UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BERNARDITA DEVIA HUNTER, | No. CV 11-1558-RGK (PLA) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

In accordance with the Order Adopting Magistrate Judge's Report and Recommendation filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is reversed and this case is remanded for further administrative proceedings consistent with the Order Adopting Magistrate Judge's Report and Recommendation.

DATED: February 28, 2012

/s/ Gary Klausner
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE