UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BERNARDITA DEVIA HUNTER, | No. CV 11-1558-RGK (PLA) |
| Plaintiff, | |
| v. | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: EAJA FEES** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is accepted and adopted.

2. Counsel's Motion for Award of Attorney Fees Under the Equal Access to Justice Act is granted in part.

3. Judgment shall be entered awarding attorney fees in the amount of Six Thousand Nine Hundred Seventy-Seven dollars and Sixty-Five cents ($6,977.65), made payable to plaintiff. If the Department of the Treasury determines that plaintiff does

1 | not owe a federal debt, then the government shall cause the payment of the fees
2 | and costs to be made directly to plaintiff's counsel, pursuant to the assignment
3 | executed by plaintiff, and delivered to plaintiff's counsel.

DATED:  November 20, 2012

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE