**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| BERNARDITA DEVIA HUNTER,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | No. CV 11-1558-RGK (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: MOTION FOR ATTORNEY FEES** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Magistrate Judge's Report and Recommendation Re: Motion for Attorney Fees. The Court agrees with the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation Re: Motion for Attorney Fees is accepted.

2. Counsel's Motion for Attorney Fees pursuant to 42 U.S.C. § 406(b) (Dkt. No. 38) is **granted in part** and **denied in part**, as follows:

    a. Attorney fees in the amount of $12,572.50 are **granted**.

    b. Counsel's motion for expenses in the amount of $3,753.28 is **denied**.

3. Counsel is directed to reimburse plaintiff the sum of $6,977.65, the amount already paid by defendant in EAJA fees.

DATED: July 17, 2015

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2